IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LAKEESHA WILSON, on behalf of herself and similarly situated employees, | : : : | 2:24-cv-01439-MSG |
| Plaintiff, | : | |
| v. | : : | |
| IMMACULATE HOME HEALTHCARE AGENCY LLC, | : : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE CLASS ACTION SETTLEMENT**

As reflected in the accompanying "Class Action Settlement Agreement," *see* ECF No. 33-1, the parties have agreed to settle this class action lawsuit for $30,000. Lakeesha Wilson ("Plaintiff") now moves for "preliminary approval" of the settlement and submits that the motion should be granted because, as explained in the accompanying memorandum of law and pursuant to Federal Rule of Civil Procedure ("Civil Rule") 23(e)(1)(B), the Court "will likely be able to" certify the settlement class and approve the settlement as fair and reasonable at the final approval stage. Moreover, the undersigned law firm should be appointed to serve as interim class counsel per Civil Rule 23(g). Finally, the proposed Notice of Settlement form should be approved because it complies with the dictates of Civil Rule 23(c)(2)(B).

**WHEREFORE**, Plaintiff requests that the Court grant this motion and enter the accompanying proposed order.

Date: April 29, 2025                                                                 Respectfully,

/s/ Deirdre Aaron
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491