IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LAKEESHA WILSON, on behalf of herself and similarly situated employees, | : : : : : : : : : : : | 2:24-cv-01439-MSG |
| Plaintiff, |  |  |
| v. |  |  |
| IMMACULATE HOME HEALTHCARE AGENCY LLC, |  |  |
| Defendant. |  |  |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF THE CLASS ACTION SETTLEMENT**

Lakeesha Wilson ("Plaintiff") files this motion seeking final approval of the settlement of this class action lawsuit, which alleges that Greater Love International ("Defendant") violated the overtime wage provisions of the Pennsylvania Minimum Wage Act ("PMWA") and the Fair Labor Standards Act ("FLSA"). Defendant denies liability, yet – like Plaintiff – it has settled to avoid the risk, delay, and expense of continued litigation. As is widely known, class action settlements are favored because they conserve "substantial judicial resources" and enable parties to "gain significantly from avoiding the costs and risks of a lengthy and complex trial." *In re GMC Pick-Up Truck Fuel Tank Products Liability Litig.*, 55 F.3d 768, 784 (3d Cir. 1995).

For the reasons detailed in Plaintiff's accompanying memorandum of law, Plaintiff respectfully requests that the Court grant this motion and enter an order**: (i)** certifying a settlement class under Federal Rule of Civil Procedure ("Civil Rule") 23(a) and (b)(3); **(ii)** approving the settlement as "fair, reasonable, and adequate" under Federal Rule of Civil Procedure 23(e); **(iii)** approving the release of the Fair Labor Standards Act ("FLSA") claim as a fair and reasonable resolution of a bona fide dispute which furthers the FLSA's implementation; **(iv)** appointing Winebrake & Santillo LLC as class counsel; and **(v)** approving the payment of

$10,000 from the total settlement fund to class counsel for all attorney's fees and costs associated with this action.

      **WHEREFORE**, Plaintiff requests that the Court grant this motion and enter the accompanying proposed order.

Date: August 20, 2025                                                    Respectfully,

                                                                          */s/ Deirdre Aaron*
                                                                          Deirdre Aaron
                                                                          Pete Winebrake
                                                                          Winebrake & Santillo, LLC
                                                                          715 Twining Road, Suite 211
                                                                          Dresher, PA 19025
                                                                          (215) 884-2491